**Order entered April 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01325-CR

**SERGIO PAROMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-53228-M**

## ORDER

The Court **REINSTATES** the appeal.

On March 26, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Jeff Buchwald; (3) Mr. Buchwald's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Buchwald requested thirty days from April 22, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **MAY 24, 2013**. Because appellant's brief is already more than two months overdue, no further extensions will be granted. If appellant's

brief is not filed by the date specified, we will order Jeff Buchwald removed as appellant's attorney and order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
       JUSTICE